# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. KAYE KIM, an individual,<br><br>             Plaintiff,<br><br>  vs.<br><br>COMMONWEALTH BUSINESS BANK, a Corporation, and DOES 1-30, inclusive,<br><br>             Defendants. | Case No. 2:17-CV-7642-AB-JEM<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITHOUT PREJUDICE<br><br>**Complaint Filed:** October 18, 2017<br>**Trial Date:** February 5, 2019<br><br>**Judge:** Hon. André Birotte Jr. |

Pursuant to the Stipulation of the parties, Plaintiff K. Kaye Kim and Defendant Commonwealth Business Bank, through their attorneys of record herein, IT IS HEREBY ORDERED that this action be dismissed without prejudice, with said parties to bear their own fees and costs.

Dated: July 9, 2018

_____
Hon. André Birotte Jr.
United States District Judge